SEAN P. REIS - SBN 184044 (sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
BENJAMIN H. RICHMAN (brichman@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Pro hac vice admission to be sought

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JAMES GROSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 12-00154 CRB<br><br>[PROPOSED] ORDER ENTERING AND CONTINUING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date: TBD<br>Time: TBD<br>Judge: TBD<br>Action Filed: January 10, 2012 |

[PROPOSED] ORDER

## [PROPOSED] ORDER ENTERING AND CONTINUING
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

This matter coming before the Court on Plaintiff's Motion for Class Certification, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED and ADJUDGED:**

1. Plaintiff's Motion for Class Certification is entered and continued;

2. Following the Case Management Conference in this matter, the Court will set a schedule for discovery to take place on class-wide issues and a briefing schedule on Plaintiff's Motion;

3. Plaintiff is hereby granted leave to file a memorandum in support of his Motion for Class Certification upon the conclusion of class-wide discovery in accordance with the Court's scheduled deadlines; and

4. Ruling is reserved on Plaintiff's Motion for Class Certification until full briefing by the parties is completed on the issues presented therein.

**IT IS SO ORDERED.**

Entered:  January 24, 2012



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER                                1