Sean P. Reis (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorneys for Plaintiff James Gross and the Putative Class*

KEITH E. EGGLETON, State Bar No. 159842
MAURA L. REES, State Bar No. 191698
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-mail: mrees@wsgr.com; aweibell@wsgr.com

*Attorneys for Defendant Symantec Corporation*

[Additional counsel included in signature block.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GROSS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>    *Defendant*. | Case No. 3:12-cv-00154-CRB<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TO AUGUST 3, 2012 THE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-00154-CRB

WHEREAS, a Case Management Conference ("CMC") and a hearing on Symantec's motion to dismiss were previously set by the Court for July 6, 2012;

WHEREAS, the Court recently issued a notice resetting these events to July 20, 2012;

WHEREAS, counsel for Symantec will on that date be engaged in a series of previously-scheduled depositions in another matter taking place on the East Coast, and counsel for Symantec scheduled these depositions during the third and fourth weeks of July in material part to avoid any conflict with the previously-set CMC and hearing in this action;

WHEREAS, Symantec requested that Plaintiff agree to a two-week continuance of the CMC and hearing to August 3, 2012, and Plaintiff has so agreed;

NOW THEREFORE, the parties, through their counsel, hereby stipulate as follows:

The CMC and hearing currently set for July 20, 2012 should be continued to August 3, 2012.

Dated:  June 29, 2012

| EDELSON MCGUIRE LLP | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|---|---|
| By:    /s/ Benjamin Richman | By: /s/ Maura L. Rees<br>        Maura L. Rees |
| Jay Edelson (Admitted *Pro Hac Vice*)<br>jedelson@edelson.com<br>Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Benjamin H. Richman (Admitted *Pro Hac Vice*)<br>brichman@edelson.com<br>Chandler R. Givens (Admitted *Pro Hac Vice*)<br>cgivens@edelson.com<br>EDELSON MCGUIRE LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br><br>*Attorneys for Plaintiff* | *Attorneys for the Defendant*<br>SYMANTEC CORPORATION |

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED THAT the July 20, 2012 Case Management Conference and hearing on motion to dismiss are hereby reset to August 3, 2012.

Dated: ____July 5, 2012____        _____
Charles R. Breyer
United States District Judge

