JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

KEITH E. EGGLETON
keggleton@wsgr.com
MAURA L. REES
mrees@wsgr.com
ANTHONY J WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300
Fax: 650.565.5100

*Attorneys for Defendant* SYMANTEC CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GROSS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware corporation, and PC TOOLS, LTD., an Irish limited company,<br><br>*Defendants.* | Case No. 3:12-cv-00154-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br><br>Date: November 9, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

Plaintiff James Gross and Defendant Symantec Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to continue the case management conference in this matter and the hearing on Symantec's pending motion to dismiss from November 9, 2012 at 10:00 a.m. to December 14, 2012 at 10:00 a.m. (or such other date and time as the Court may set), so that they may focus their time and other resources on proceeding with a mediation currently scheduled for November 12, 2012. In support of the instant stipulation, the Parties state as follows:

**WHEREAS**, on August 14, 2012, Plaintiff filed a second amended class action complaint, (Dkt. No. 50);

**WHEREAS**, on August 31, 2012, Symantec moved to dismiss Plaintiff's amended complaint, (Dkt. No. 51);

**WHEREAS**, the Court has set the hearing on Symantec's motion and an initial case management conference in this matter for November 9, 2012 at 10:00 a.m.;

**WHEREAS**, the Parties have also agreed and are scheduled to convene a mediation session before John B. Bates, Jr. of JAMS in San Francisco, California on November 12, 2012, in hopes of resolving this matter;

**WHEREAS**, to focus their time and other resources on the mediation and potential resolution of this matter, the Parties have conferred and agreed, subject to Court approval, that the hearing on Symantec's motion and the case management conference should be continued from November 9, 2012 at 10:00 a.m. to December 14, 2012 at 10:00 a.m., at which point the Parties will inform the Court of the status of their efforts toward settlement;

**WHEREAS**, good cause exists to continue the hearing on Symantec's motion and the case management conference, and the Parties do not seek the relief contemplated herein for any improper purpose.

1 | **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

2 | 1.    The hearing on Symantec's motion to dismiss and the case management conference currently set for November 9, 2012 at 10:00 a.m. shall be continued to December 14, 2012 at 10:00 a.m., or to such other date and time as the Court may set.

**IT IS SO STIPULATED.**

**JAMES GROSS**, individually and on behalf of all others similarly situated,

Dated: October 18, 2012      By: /s/ Benjamin H. Richman
                                   One of Plaintiff's Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

**SYMANTEC CORPORATION**,

Dated: October 18, 2012      By: /s/ Anthony J. Weibell
                                   One of Defendant's Attorneys

KEITH E. EGGLETON
keggleton@wsgr.com
MAURA L. REES
mrees@wsgr.com
ANTHONY J WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300

# **ORDER**

Pursuant to stipulation and for good cause shown, **IT IS SO ORDERED.**

1. The hearing on Symantec's motion to dismiss and the case management conference currently set for November 9, 2012 at 10:00 a.m. shall be continued to December 14, 2012 at 10:00 a.m.

DATED: _____October 25_, 2012



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE