JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

KEITH E. EGGLETON
keggleton@wsgr.com
MAURA L. REES
mrees@wsgr.com
ANTHONY J. WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300
Fax: 650.565.5100

*Attorneys for Defendant* SYMANTEC CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GROSS, individually and on behalf of all others similarly situated,<br><br>            *Plaintiff*,<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware corporation, and PC TOOLS, LTD., an Irish limited company,<br><br>            *Defendants*. | Case No. 3:12-cv-00154-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br><br>Date: December 14, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

Plaintiff James Gross and Defendant Symantec Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to continue the case management conference and hearing on Symantec's pending motion to dismiss currently set for December 14, 2012 at 10:00 a.m. to February 5, 2013 at 10:00 a.m. (or such other date and time as the Court may set), so that they may focus their time and other resources on finalizing a class action settlement of this matter, which they will ultimately present to the Court for approval. In support of the instant stipulation, the Parties state as follows:

**WHEREAS**, by stipulation of the Parties, the Court has set the hearing on Symantec's motion and an initial case management conference in this matter for December 14, 2012 at 10:00 a.m., (Dkt. No. 56);

**WHEREAS**, on November 12, 2012, the Parties participated in an all-day mediation session before John B. Bates, Jr. of JAMS in San Francisco, California, and are now in the process of finalizing a class action settlement of this matter;

**WHEREAS**, in an effort to reduce the expenditure of time and other resources by the Parties and the Court, and to focus on finalizing their settlement, the Parties have conferred and agreed, subject to Court approval, that the case management conference and motion hearing currently set for December 14th should be continued to February 5, 2013; and

**WHEREAS**, good cause exists to continue the case management conference and motion hearing, and the Parties do not seek the relief contemplated herein for any improper purpose,

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The hearing on Symantec's motion to dismiss and the case management conference currently set for December 14, 2012 at 10:00 a.m. shall be continued to February 5, 2013 at 10:00 a.m. (or such other date and time as the Court may set).

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| 1 |   | **JAMES GROSS**, individually and on behalf of all others similarly situated, |
| 2 | Dated: December 7, 2012 | By:  /s/ Benjamin H. Richman |
| 3 |   | One of Plaintiff's Attorneys |

SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

**SYMANTEC CORPORATION**,

Dated: December 7, 2012      By:  /s/ Anthony J. Weibell
                                    One of Defendant's Attorneys

KEITH E. EGGLETON
keggleton@wsgr.com
MAURA L. REES
mrees@wsgr.com
ANTHONY J. WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300

//
//
//
//
//
//

## **ORDER**

Pursuant to stipulation and for good cause shown, **IT IS SO ORDERED:**

1. The hearing on Symantec's motion to dismiss and the case management conference currently set for December 14, 2012 at 10:00 a.m. shall be continued to February 15 (Friday), 2013 at 10:00 a.m.

DATED: December 11, 2012



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE