JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

MAURA L. REES
mrees@wsgr.com
ANTHONY J WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300
Fax: 650.565.5100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GROSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware corporation, and PC TOOLS, LTD., an Irish limited company,<br><br>*Defendants*. | Case No. 3:12-cv-00154-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br><br>Date: February 22, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

Plaintiff James Gross and Defendants Symantec Corporation and PC Tools, Ltd. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to vacate the case management conference and hearing on Symantec's pending motion to dismiss currently set for February 22, 2013 at 10:00 a.m. In support of the instant stipulation, the Parties state as follows:

**WHEREAS**, the Parties have reached a settlement of this putative class action;

**WHEREAS**, a case management conference and a hearing on Symantec's motion to dismiss the Second Amended Complaint are currently set for February 22, 2013;

**WHEREAS**, the Parties will be finalizing all settlement documents and Plaintiff will be filing a motion for preliminary approval of the class action settlement on or before Thursday, February 28, 2013;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1.   The hearing on Symantec's motion to dismiss and the case management conference currently set for February 22, 2013 should be taken off calendar; and,

2.   On or before February 28, 2013, the Parties shall finalize all settlement documents and Plaintiff shall file his motion for preliminary approval of the settlement.

**IT IS SO STIPULATED.**

**JAMES GROSS**, individually and on behalf of all others similarly situated,

Dated: February 12, 2013         By:  /s/ Benjamin H. Richman
                                      One of Plaintiff's Attorneys

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

| | |
|---|---|
| 1 | SEAN P. REIS (SBN 184044) |
| 2 | sreis@edelson.com |
| | EDELSON MCGUIRE, LLP |
| 3 | 30021 Tomas Street, Suite 300 |
| | Rancho Santa Margarita, California 92688 |
| 4 | Tel: 949.459.2124 |
| 5 | **SYMANTEC CORPORATION and PC TOOLS, LTD.**, |

6  Dated: February 12, 2013        By: /s/ Anthony J Weibell
7                                       One of Defendants' Attorneys

8  MAURA L. REES
   mrees@wsgr.com
9  ANTHONY J WEIBELL
   aweibell@wsgr.com
10 WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
11 Palo Alto, California 94304
   Tel: 650.493.9300

12

13  **IT IS SO ORDERED.**

14

15  ENTERED: __February 19__, 2013

16                                     HONORABLE CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE
17

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)
(Stamp: IT IS SO ORDERED / Judge Charles R. Breyer)

---

STIP. AND [PROPOSED] ORDER VACATING         3         CASE NO. 3:12-CV-00154-CRB
CMC AND HEARING ON MOT. TO DISMISS