JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

MAURA L. REES
mrees@wsgr.com
ANTHONY J WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300
Fax: 650.565.5100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GROSS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware corporation, and PC TOOLS, LTD., an Irish limited company,<br><br>*Defendants*. | Case No. 3:12-cv-00154-CRB<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL AND SETTING MOTION HEARING**<br><br>Judge: Honorable Charles R. Breyer |

Plaintiff James Gross and Defendants Symantec Corporation and PC Tools, Ltd. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to continue the deadline for Plaintiff to file his anticipated motion for preliminary approval of the Parties' class action settlement to March 15, 2013 and to set a hearing on the motion for April 19, 2013 at 10:00 a.m. In support of the instant stipulation, the Parties state as follows:

**WHEREAS**, by stipulation dated February 12, 2013, the Parties informed the Court that they had reached a putative class action settlement, were finalizing their written agreement, and that Plaintiff would move for preliminary approval of the settlement no later than February 28th, (Dkts. 59-60);

**WHEREAS**, the Parties have now fully executed their written settlement agreement;

**WHEREAS**, Plaintiff is finalizing his preliminary approval papers but requires a brief two-week extension of the time to do so, through and including March 15th;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The deadline for Plaintiff to file his motion for preliminary approval of the settlement is continued from February 28, 2013 to March 15, 2013; and,

2. A hearing on the anticipated motion for preliminary approval should be set for April 19, 2013 at 10:00 a.m. (or such other date and time as may be convenient for the Court).

**IT IS SO STIPULATED.**

|  | **JAMES GROSS**, individually and on behalf of all others similarly situated, |
|---|---|
| Dated: February 28, 2013 | By: /s/ Benjamin H. Richman       One of Plaintiff's Attorneys |

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124

**SYMANTEC CORPORATION and PC TOOLS, LTD.**,

Dated: February 28, 2013

By:  /s/ Anthony J Weibell
         One of Defendants' Attorneys

MAURA L. REES
mrees@wsgr.com
ANTHONY J WEIBELL
aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
Tel: 650.493.9300

**IT IS SO ORDERED.**

ENTERED:  March 1, 2013

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*