**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 18, 2013**　　　　　　　　　　　Time:　35 minutes

**C-12-00154 CRB**

　**GROSS** v. **SYMANTEC CORPORATION**

Attorneys:　　Rafey Balabanian　　　　　　　　　　Maura Rees

　　　　　　　　　　　　　　　　　　　　　　　　　Anthony Weibell

Deputy Clerk: **BARBARA ESPINOZA**　　　　　Reporter: **Kathy Sullivan**

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　**RULING:**

1. Motion for Settlement

2. Motion for Attorney Fees

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____

(X) Referred to Magistrate Judge Jacqueline Scott Corley for:　settlement

( ) CASE CONTINUED TO ____　　　　for ____

Discovery Cut-Off ____　　　　　　　Expert Discovery Cut-Off ____
Plntf to Name Experts by ____　　　　Deft to Name Experts by ____
P/T Conference Date ____　Trial Date ____　Set for ____ days
　　　　　　　　　　Type of Trial:　( )Jury　　( )Court

Notes: ____