**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 17, 2014**                                Time:  5 minutes

**C-12-00154** CRB

**GROSS  v.  SYMANTEC CORPORATION**

Attorneys:      Rafey Balabanian                            Maura Rees

                                                            Anthony Weibell

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Debra Pas**

**PROCEEDINGS:**                                         **RULING:**

1. Motion for Final Approval and Attorney Fees                    Granted

2.

3.

**ORDERED AFTER HEARING:**


(X) ORDER TO BE PREPARED BY:   Plaintiff

( ) Referred to Magistrate Judge for:

( ) CASE CONTINUED TO                         for

Discovery Cut-Off                             Expert Discovery Cut-Off
Plntf to Name Experts by                      Deft to Name Experts by
P/T Conference Date           Trial Date            Set for      days
                              Type of Trial:  ( )Jury    ( )Court

Notes: